# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SERGEY SKOBEL,

**SUMMONS IN A CIVIL CASE**

V.

GIANCARLO ELLA, et al.

CASE NUMBER:

**C08 01442 PVT**

*ADR*
*E-FILING*

TO: (Name and address of defendant)
Giancarlo Ella, Badge No. 13250, c/o Sunnyvale Police Department, 700 All America Way, Sunnyvale, CA 94088; Gary Cortez, Badge No. 14372, c/o Sunnyvale Police Department, 700 All America Way, Sunnyvale, CA 94088; Don Jonhson, Director of Public Safety, 700 All America Way, Sunnyvale, CA 94088; City of Sunnyvale, 456 W. Olive Avenue, Suite 200, Sunnyvale, CA 94088

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Boskovich, SBN121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, CA 95113
(408) 286-5150

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

DATE  MAR 1 3 2008

NDCAO440