| Attorney Or Party Without Attorney (Name and Address): ANTHONY BOSKOVICH #121198<br>LAW OFFICES OF ANTHONY BOSKOVICH<br>28 N. First St., Suite 600<br>San Jose, Ca 95113 | Telephone: (408) 286-5150 | FOR COURT USE ONLY |
|---|---|---|
| Attorneys for: | Ref. No. Or File No.: 350813 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES COURT-SAN JOSE<br>280 SOUTH 1ST STREET, RM. 2112 | | |
| Plaintiff: SERGEY SKOBEL | | |
| Defendant: GIANCARLO ELLA, ET AL. | | |
| **PROOF OF SERVICE** | Date: / Time: / Dept/Div: | Case Number: C08 01442 PVT |

I, John T. Brennan, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; INFORMTAION PACKAGE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : CITY OF SUNNYVALE

By Serving         : JANICE CLARK, DEPUTY CITY CLERK

Address            : 456 W. OLIVE AVENUE, STE. 200 , SUNNYVALE, CA 94088
Date & Time        : Wednesday, April 23, 2008 @ 3:10 pm
Witness fees were  : Not applicable.


Person serving:
John T. Brennan
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800      Fax 408-295-6895

a. Fee for service: $49.50
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 395
   (3) County: Santa Clara
   (4) Expires: 4/18/2010

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 30, 2008                                Signature: _____
                                                              John T. Brennan


Printed on recycled paper