1  **TODD H. MASTER [SBN: 185881]**
   **HOWARD ROME MARTIN & RIDLEY LLP**
2  1775 Woodside Road, Suite 200
   Redwood City, CA 94061
3  Telephone: (650) 365-7715
   Facsimile: (650) 364-5297

Attorneys for Defendants
GIANCARLO ELLA, GARY CORTEZ,
DON JOHNSON and CITY OF SUNNYVALE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGEY SKOBEL,<br><br>           Plaintiff,<br><br>     vs.<br><br>GIANCARLO ELLA, et al.,<br><br>           Defendants. | Case No. C 08 01442 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

       The undersigned parties in the above-captioned civil matter hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Date: May 12, 2008                         HOWARD ROME MARTIN & RIDLEY LLP


                                           By: /s/ Todd H. Master
                                                  Todd H. Master
                                                  Attorneys for Said Defendants

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; Case No. C 08 10442 PVT

1