

5/27/2008

**JOSEPH C. HOWARD, JR. [SBN: 050784]**
**TODD H. MASTER [SBN: 185881]**
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendants
GIANCARLO ELLA, GARY CORTEZ,
DON JOHNSON and CITY OF SUNNYVALE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGEY SKOBEL,<br><br>         Plaintiff,<br><br>    vs.<br><br>GIANCARLO ELLA, et al.,<br><br>         Defendants. | Case No. C 08 01442 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date:** June 30, 2008<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. James Ware<br><br>**Courtroom: 8** |

Pursuant to ND CA Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Case Management Conference (which was originally scheduled for July 1, 2008, before Magistrate Judge Patricia V. Trumbull, and subsequently moved to June 30, 2008, by the Court pursuant to the Court's May 14, 2008, Order (Document 7), be continued until on or after July 28, 2008 at 10:00 a.m. before the

1  Honorable James Ware in Courtroom 8.  The parties have not filed any prior stipulations to
2  continue this Case Management Conference date.
3      This continuance is being requested because counsel for plaintiff and defendants are
4  unavailable on June 30, 2008.  Due to his trial schedule, which includes a trial before Judge Ware
5  on July 14, 2008 (Case No. 06-05405), plaintiff's counsel is not available for a case management
6  conference until July 28, 2008.

7  Date: May 25, 2008                          HOWARD ROME MARTIN & RIDLEY LLP

8                                         By: _/s/ Todd H. Master_____
9                                             Todd H. Master
                                           Attorneys for Said Defendants

12  Date: May 25, 2008                          By:  _/s/ Anthony Boskovich__
                                           Anthony Boskovich
13                                            Attorney for Plaintiff

### ORDER

16      Pursuant to the above stipulation, it is hereby ordered that the Case Management
17  Conference is continued until August 25, 2008 at 10:00 AM in Courtroom 8.
A joint case management statement is due by August 15, 2008

19  Date: May 27, 2008                          By:_James Ware_____
                                           Hon. James Ware

*HOWARD ROME MARTIN & RIDLEY LLP*
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715