# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SERGEY SKOBEL

       Plaintiff(s),

   v.

GIANCARLO ELLA, et al.

       Defendant(s).

CASE NO. C 08 01442 JW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
  XX  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   August 25, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Todd H. Master | Def. City of Sunnyvale, et al. | 650/365-7715 ext. 205 | tmaster@hrmrlaw.com |
| Anthony Boskovich | Plaintiff | 408/286-5150, ext 13 | policemisconduct@compuserve.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 13 August 2008

                                              Attorney for Plaintiff

Dated: August 8, 2008 / July 31, 2008

                                              Attorney for Defendant

Rev 12.05 | When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."