1 Anthony Boskovich, No. 121198
Christopher Appleton, No. 151614
2 Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
3 San Jose, California 95113-1210
Telephone: (408) 286-5150
4 Facsimile: (408) 286-5170

5
Attorneys for plaintiff SERGEY SKOBEL
6

7

8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN JOSE DIVISION
11

12

13
SERGEY SKOBEL,                    ) Case No. C 08 01442 JW
14                                 )
        *Plaintiff*,               ) STIPULATION AND PROPOSED
15                                 ) ORDER TO CONTINUE
    vs.                            ) STATUS CONFERENCE
16                                 )
GIANCARLO ELLA, et al.,            )
17                                 ) Date:  August 25, 2008
        *Defendants*.              ) Time:  9:00 a.m.
18                                 ) Ctrm:  8
                                   )
19                                 )
                                   ) Judge: HON. JAMES WARE
20                                 )
                                   )
21

22    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

23 counsel, that the Status Conference in this matter, currently scheduled for August 25, 2008, be

24 rescheduled.

25    This stipulation is necessary because Plaintiff's counsel will be out of state on a prepaid

26 vacation August 25, 2008, the date presently set for the Status Conference in this matter.

27 ///

28 ///

---

Stipulation and Proposed Order to Continue Status Conference
Case No. C 08 01442 JW                                                                    Page 1

1  The parties propose that the Status Conference be rescheduled to October 27, 2008.

2  Dated: August 15, 2008           LAW OFFICE OF ANTHONY BOSKOVICH

                                    _____
                                    ANTHONY BOSKOVICH
                                    Attorney for Plaintiff

7  Dated: 15, 2008                  HOWARD ROME MARTIN & RIDLEY LLP

                                    _____
                                    TODD H. MASTER
                                    Attorney for Defendant

### ORDER

**IT IS HEREBY ORDERED** that the Status Conference in this matter be rescheduled to _____, 2008.

Dated:_____              _____
                                    HON. JAMES WARE

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150