1 Anthony Boskovich, No. 121198
Christopher Appleton, No. 151614
2 Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
3 San Jose, California 95113-1210
Telephone: (408) 286-5150
4 Facsimile: (408) 286-5170

5
Attorneys for plaintiff SERGEY SKOBEL



IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SERGEY SKOBEL,

    *Plaintiff*,

vs.

GIANCARLO ELLA, et al.,

    *Defendants*.

Case No. C 08 01442 JW

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE

Date: August 25, 2008
Time: 9:00 a.m.
Ctrm: 8

Judge: HON. JAMES WARE

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Status Conference in this matter, currently scheduled for August 25, 2008, be rescheduled.

    This stipulation is necessary because Plaintiff's counsel will be out of state on a prepaid vacation August 25, 2008, the date presently set for the Status Conference in this matter.

/ / /

/ / /

---

Stipulation and Proposed Order to Continue Status Conference
Case No. C 08 01442 JW

Page 1

The parties propose that the Status Conference be rescheduled to ~~October 27, 2008~~

Dated: August 15, 2008

LAW OFFICE OF ANTHONY BOSKOVICH

_____
ANTHONY BOSKOVICH
Attorney for Plaintiff

Dated: 15, 2008

HOWARD ROME MARTIN & RIDLEY LLP

_____
TODD H. MASTER
Attorney for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED:

The Initial Case Management Conference is continued from August 25, 2008 to **September 22, 2008 at 10 a.m.** On or before **September 12, 2008**, the parties shall file a Joint Case Management Statement. The Statement shall include a good faith discovery plan with a proposed date for the close of all discovery. The parties have previously requested a continuance. Thus, this is the parties' final continuance.

Dated: August 19, 2008

_____
JAMES WARE
United States District Court