



IT IS SO ORDERED AS MODIFIED
Judge James Ware
3/27/2008

JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendants
GIANCARLO ELLA, GARY CORTEZ,
DON JOHNSON and CITY OF SUNNYVALE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SERGEY SKOBEL,<br><br>   Plaintiff,<br><br>vs.<br><br>GIANCARLO ELLA, et al.,<br><br>   Defendants. | Case No. C 08 01442 JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:   June 30, 2008<br>Time:   10:00 a.m.<br>Judge:  Hon. James Ware<br><br>Courtroom: 8 |

Pursuant to ND CA Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Case Management Conference (which was originally scheduled for July 1, 2008, before Magistrate Judge Patricia V. Trumbull, and subsequently moved to June 30, 2008, by the Court pursuant to the Court's May 14, 2008, Order (Document 7), be continued until on or after July 28, 2008 at 10:00 a.m. before the

---

STIPULATION AND [PROPOSED] ORDER; Case No. C 08 01442 JW                                                   1

Honorable James Ware in Courtroom 8. The parties have not filed any prior stipulations to continue this Case Management Conference date.

This continuance is being requested because counsel for plaintiff and defendants are unavailable on June 30, 2008. Due to his trial schedule, which includes a trial before Judge Ware on July 14, 2008 (Case No. 06-05405), plaintiff's counsel is not available for a case management conference until July 28, 2008.

Date: May 25, 2008                                  HOWARD ROME MARTIN & RIDLEY LLP

                                                    By: /s/ Todd H. Master
                                                        Todd H. Master
                                                        Attorneys for Said Defendants

Date: May 25, 2008                                  By: /s/ Anthony Boskovich
                                                        Anthony Boskovich
                                                        Attorney for Plaintiff

### ORDER

Pursuant to the above stipulation, it is hereby ordered that the Case Management Conference is continued until August 25, 2008 at 10:00 AM in Courtroom 8.
A joint case management statement is due by August 15, 2008

Date: May 27, 2008                                  By: *James Ware*
                                                        Hon. James Ware