Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210
policemisconduct@compuserve.com

408-286-5150

Attorney for plaintiff SERGEY SKOBEL



**GRANTED**
Judge James Ware
3/27/2009

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

SERGEY SKOBEL,
                    *Plaintiff,*
v.

GIANCARLO ELLA, BADGE NO, 13250, a Sunnyvale police officer; GARY CORTEZ, BADGE NO, 14372, a Sunnyvale police officer; JOHN DOE and RICHARD ROE, Sunnyvale police officers, the identity and number of whom are unknown to plaintiff; DON JOHNSON, individually and in his capacity as Director of Public safety for the City of Sunnyvale; CITY OF SUNNYVALE; DOES 1 through 50,
                    *Defendants.*

No. CV 08-01442 JW

SUBSTITUTION OF ATTORNEY

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Sergey Skobel has terminated the services

//
//
//
//

Substitution of Attorney                                                                 Page 1

1  of Anthony Boskovich and hereby substitutes himself as counsel *in propria persona*. Mr. Skobel's
2  address is:

    Sergey Skobel
    107 S. Mary Avenue, Apartment 123
    Sunnyvale, California 94086
    408-746-0706

6  Dated: 12 March 2009

   _____
   Sergey Skobel

12 **I ACCEPT THIS SUBSTITUTION:**

14 Dated: 15 March 2009

   _____
   Anthony Boskovich