1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   Sergey Skobel,                         NO. C 08-01442 JW

11              Plaintiff,                   **ORDER TO SHOW CAUSE
                                             RE: SETTLEMENT**
         v.
12
     Giancarlo Ella, et al.,
13
                Defendants.
14   _____/

15          On September 10, 2009, Defendants informed the Court that the above-entitled matter has

16   reached a settlement.  (See Docket Item No. 28.)  In light of the settlement, the Court vacates all trial

17   and pretrial dates.  On or before **November 6, 2009**, the parties shall file a stipulated dismissal

18   pursuant to Federal Rule of Civil Procedure 41(a).

19          If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,

20   4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **November 16, 2009**

21   **at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P.

22   41(b).  On or before **November 6, 2009**, the parties shall file a joint statement in response to the

23   Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for

24   finalizing the settlement and how much additional time is requested to finalize and file the dismissal.

25   If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

26   vacated.

27

28

**United States District Court**
For the Northern District of California

1    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2  this action.

3

4  Dated:  September 16, 2009                                    _____

5                                                               JAMES WARE
                                                                United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                2

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Joseph C. Howard jhoward@hrmrlaw.com
    Todd Holton Master tmaster@hrmrlaw.com
3

4   Sergey Skobel
    107 S. Mary Avenue, #Apt. 123
5   Sunnyvale, CA 94086

6

7
    **Dated:  September 16, 2009**                    **Richard W. Wieking, Clerk**
8

9                                                     **By:  ____/s/ JW Chambers____**
                                                          **Elizabeth Garcia**
10                                                         **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California