JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendants
GIANCARLO ELLA, GARY CORTEZ,
DON JOHNSON and CITY OF SUNNYVALE



IT IS SO ORDERED
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SERGEY SKOBEL,<br><br>  Plaintiff,<br><br>vs.<br><br>GIANCARLO ELLA, et al.,<br><br>  Defendants. | Case No. C 08 01442 JW<br><br>**STIPULATION OF DISMISSAL**<br><br>[FRCP 41 (a) (1)] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by plaintiff SERGEY SKOBEL against defendants GIANCARLO ELLA, GARY CORTEZ, DON JOHNSON and CITY OF SUNNYVALE (collectively, "defendants") and all others is dismissed with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees. Plaintiff SERGEY SKOBEL has consulted with legal counsel prior to executing this stipulation and enters into this stipulation voluntarily.

Dated: September 10, 2009      By: _____
                                   Sergey Skobel
                                   In Pro Per


                                HOWARD ROME MARTIN & RIDLEY LLP

Dated: ~~September 9, 2009~~ October 15, 2009    By: _____
                                   Todd H. Master
                                   Attorneys for Said Defendants


### ORDER

This Stipulation re Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

The Clerk shall close this file.

Dated: October 27, 2009        _____
                               Hon. James Ware
                               United States District Judge